

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Juan Carlos Garcia, Appellant

No. 06-18-00008-CR      v.

The State of Texas, Appellee

Appeal from the 276th District Court of Camp County, Texas (Tr. Ct. No. CF-16-01679). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Juan Carlos Garcia, pay all costs of this appeal.

RENDERED JUNE 22, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk